# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | CRIMINAL ACTION |
| EDIKAS STRUBELIS, | NO. 1:13-CR-159-CAP |
| Defendant | |

## FINAL REPORT AND RECOMMENDATION

Pending before the court is Defendant Strubelis's Motion to Dismiss Counts 4, 8, and 12 of the Indictment.  (Doc. 20).  The government concedes that these counts should be dismissed. (Doc. 24, p. 3).  Therefore, I **RECOMMEND** that Defendant Strubelis's Motion to Dismiss Counts (Doc. 20) be **GRANTED**.

There are no pending matters before me, and I am aware of no problems relating to the scheduling of this case for trial except for the following:  the government is awaiting the results of DNA testing from the FBI laboratory. (Doc. 24. p. 3).  It is therefore **ORDERED AND ADJUDGED** that this action be declared **READY FOR TRIAL**.

It is so **RECOMMENDED**, this   19th   day of  July, 2013.

*Gerrilyn G. Brill*
GERRILYN G. BRILL
UNITED STATES MAGISTRATE JUDGE

AO 72A
(Rev.8/82)