UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

UNITED STATES OF AMERICA,

v.

EDIKAS STRUBELIS,

CRIMINAL ACTION NO.
1:13-CR-159-CAP

## O R D E R

This matter is before the court on the report and recommendation

(R&R) of the magistrate judge [Doc. No. 33].

There is no objection to the R&R. After carefully considering the R&R,

the court receives it with approval and adopts it as the opinion and order of

the court.

**SO ORDERED** this 19th day of September, 2013.

/s/ Charles A. Pannell, Jr.
CHARLES A. PANNELL, JR.
United States District Judge